# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PRINCETON DIGITAL IMAGE CORPORATION,** | § § § | |
| Plaintiff | § | Civil Action No. 2:11-cv-00400-JRG |
| | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| **FACEBOOK, INC., et al.,** | § § | |
| Defendants. | § § | |

## AMENDED [PROPOSED] DOCKET CONTROL ORDER

Per request by the clerk, this amended schedule clarifies the Docket Control Order of May 17, 2012 (ECF No. 85) to reflect the Court's adoption of the parties' proposed dates.

| Event | Date |
|---|---|
| *Jury Selection - 9:00a.m. in **Marshall, Texas** | May 6, 2013 |
| *Pretrial Conference - 1:30 p.m. in **Marshall, Texas** | April 22, 2013 |
| *Notify Court. of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. | April 17, 2013 |
| *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* | April 15, 2013 |
| *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com | April 8, 2013 |

| Event | Date |
|---|---|
| File Motions *in Limine*.<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. | April 1, 2013 |
| Serve Objections to Rebuttal Pretrial Disclosure | April 3, 2013 |
| Serve Objections to Pretrial Disclosures and Serve Rebuttal Pretrial Disclosures | March 27, 2013 |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof | March 13, 2013 |
| *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. | February 11, 2013 |
| Deadline to Complete Expert Discovery | February 11, 2013 |
| Serve Disclosures for Rebuttal Expert Witnesses | January 21, 2013 |
| Deadline to Complete Fact Discovery and File Motions to Compel Discovery | December 20, 2012 |
| Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof | December 20, 2012 |
| *Deadline to File Letter Briefs Regarding Dispositive Motions | December 17, 2012 |
| Deadline to Complete Mediation | December 18, 2012 |
| Comply with P.R. 3-7 (Opinion of Counsel Defenses) | December 11, 2012 |
| *Claim Construction Hearing - 9:00 a.m. in **Marshall, Texas** | November 20, 2012 |
| *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) | November 6, 2012 |
| *Comply with P.R. 4-5( c) (Reply Claim Construction Brief) | October 30, 2012 |
| Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) | October 16, 2012 |
| Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) | September 25, 2012 |
| Deadline to Exchange Privilege Logs | November 14, 2012 |

- 2 -

| Event | Date |
|---|---|
| Deadline to Substantially Complete Document Production<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. | October 31, 2012 |
| Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) | September 18, 2012 |
| File Response to Amended Pleadings | September 18, 2012 |
| *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. | September 4, 2012 |
| Comply with P.R. 4-3 (Joint Claim Construction Statement) | August 28, 2012 |
| Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) | August 7, 2012 |
| Comply with P.R. 4-1 (Exchange Proposed Claim Terms) | July 24, 2012 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | July 12, 2012 |
| Join Additional Parties | June 8, 2012 |
| *File Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order | May 4, 2012 |
| *File Notice of Mediator | May 4, 2012 |
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | May 4, 2012 |