UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>    Plaintiff,<br><br> -v-<br><br>FACEBOOK, INC., *et al.,*<br><br>    Defendants. | No. 12 Civ. 6973 (RJS) |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>    Plaintiff,<br><br> -v-<br><br>RICOH COMPANY, LTD.,<br><br>    Defendant. | No. 12 Civ. 6974 (RJS) |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>    Plaintiff,<br><br> -v-<br><br>HEWLETT-PACKARD, *et al.,*<br><br>    Defendants. | No. 12 Civ. 779 (RJS) |

**MOTION TO JOIN IN PENDING MOTION TO DISMISS FOR LACK OF STANDING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

Pursuant to the Court's Nov. 13, 2012 and November 15, 2012 Orders in *Princeton Digital Image Corp. v. Facebook, Inc. et al.*, Civil Action No. 1:12-cv-06973-RJS (Docket Nos.

185 and 189), *Princeton Digital Image Corp. v. Ricoh Company, Ltd.*, Civil Action No. 1:12-cv-06794-RJS (Docket Nos. 66 and 69) , and *Princeton Digital Image Corp. v. Hewlett-Packard Co. et al.*, Civil Action No. 1:12-cv-00779-RJS (Docket Nos. 267 and 268), the undersigned Defendants respectfully request leave to join in the pending Rule 12(b)(1) motion to dismiss for lack of standing filed in *Princeton Digital Image Corp. v. Hewlett-Packard Co. et al.* (Docket No. 218), and will submit a supplemental brief in support of the motion to dismiss, to be filed 1) under seal in accordance with the Court's filing instructions for sealed records, and 2) via ECF as a redacted public version in accordance with the Court's November 19, 2012 Order (Docket No. 191).

November 19, 2012                           Respectfully submitted,

*/s/ Jane Michaels*
Jane Michaels
Michael Henson
Mher Hartoonian
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: 303-295-8000
Facsimile: 303-295-8261
jmichaels@hollandhart.com
mrhenson@hollandhart.com
mhartoonian@hollandhart.com

**ATTORNEYS FOR DEFENDANT PHOTOBUCKET.COM, INC.**

*/s/ Joseph M. Drayton (with permission)*
Joseph M. Drayton
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6539 •
Facsimile: (212) 479-6275
jdrayton@cooley.com

Heidi Lyn Keefe
Elizabeth L. Stameshkin
Mark Randolph Weinstein
Cooley LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-5000
Facsimile: 650-849-7400
hkeefe@cooley.com
lstameshkin@cooley.com
mweinstein@cooley.com

Michael Graham Rhodes
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:  415-693-2000
Facsimile:  415-963-2222
rhodesmg@cooley.com

Jeffrey Norberg
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-857-0663
jnorberg@cooley.com

**ATTORNEYS FOR DEFENDANT FACEBOOK, INC.**

*/s/ Christopher Schenck (with permission)*
Christopher Schenck
Bracewell & Giuliani – Seattle
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: 206-204-6200
Facsimile: 206-204-6262
chris.schenck@bgllp.com

Ramsey M. Al-Salam
Perkins Coie LLP (Seattle)
1201 Third Avenue, 40th Floor
Seattle, WA 98101

Telephone: 206-359-6385
Facsimile: 206-359-7385
ralsalam@perkinscoie.com

Alan D. Albright
Benjamin Lee Bernell
Bracewell & Giuliani – Austin
111 Congress Avenue, Suite 2300
Austin, TX 78701
Telephone: 512-472-7800
Facsimile: 512-472-9123
alan.albright@bgllp.com
ben.bernell@bgllp.com

John Allen Yates
Bracewell & Giuliani – Houston
711 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: 713-221-1375
Facsimile: 713-222-3296
jay.yates@bgll.com

**ATTORNEYS FOR DEFENDANT CORBIS CORPORATION**

*/s/ Sher S. Kung (with permission)*
Sher S. Kung
Ramsey M. Al-Salam
Perkins Coie LLP (Seattle)
1201 Third Avenue, 40th Floor
Seattle, WA 98101
Telephone: 206-359-6385
Facsimile: 206-359-7385
skung@perkinscoie.com
ralsalam@perkinscoie.com

Manny Joseph Caixeiro
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
Telephone: 212-977-6900
Facsimile: 212-977-1649
mcaixeiro@perkinscoie.com

**ATTORNEYS FOR DEFENDANT GETTY IMAGES (US), INC.**

4

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5.2 on this 19th day of November, 2012.


*/s/* Jane Michaels
Jane Michaels


5857443_1